### BRACKETT *v.* BRIDGES *et al.*

ATKINSON, J. As a general rule, a court of equity will not interfere by writ of injunction with the officials of a municipality acting in pursuance of its charter powers in proceedings to remove or suspend an officer for cause. The facts disclosed by the pleadings and the evidence bring this case within the general rule.

*Judgment affirmed. All the Justices concur.*

No. 9707. FEBRUARY 24, 1934.

*Drennan & Giles,* for plaintiff.
*J. L. Mayson, C. S. Winn,* and *J. C. Savage,* for defendant.